**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

BRANDON SHAFFER, et al.                )
            Plaintiff(s),                )
                                               )
   vs.                                        ) CASE NO. 1:17−cv−01537−LJM−MPB
                                               )
CITY OF KOKOMO, et al.                 )
            Defendant(s)                 )

## ORDER REASSIGNING CASE

       Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40−1(f) of the Southern District of Indiana, the above matter is to be reassigned from the docket of Magistrate Judge Denise K. LaRue to the docket of the newly assigned Magistrate Judge Matthew P. Brookman. **Please note that cause number 1:17−cv−01537−LJM−MPB should be used on all future filings.**

DATE: May 11, 2017                        s/ Hon. Jane Magnus−Stinson, Chief Judge
                                                      United States District Court
                                                      Southern District of Indiana