IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| BRANDON SHAFFER,<br>ANDREW ROACH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF KOKOMO,<br>KOKOMO POLICE DEPT.,<br>HOWARD COUNTY SHERIFF,<br>HOWARD COUNTY INDIANA,<br>JASON BURTON in individual and in individual capacity,<br>TERESA GALLOWAY in individual and in individual capacity,<br>JORDYN ROACH,<br>ROY SMITH,<br>EZEKIEL ZIMMERMAN,<br><br>Defendants. | Case No. 1:17-cv-01537-LJM-MPB |

**ANSWER, AFFIRMATIVE DEFENSES AND REQUEST FOR JURY TRIAL ON BEHALF OF HOWARD COUNTY DEFENDANTS**

Defendants, Howard County Sheriff, Howard County Indiana, and Ezekiel Zimmerman ("Howard County Defendants") by counsel, for their Answer to Plaintiffs' *Complaint*, allege and say:

## BACKGROUND FACTS

### I. Introduction

1. In response to paragraph one (1) of Plaintiffs' Complaint, the Howard County Defendants deny that any action or inaction on the part of the Howard County Defendants constitutes a violation of Plaintiffs' civil rights. The Howard

County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

2. In response to paragraph two (2) of Plaintiffs' Complaint, the Howard County Defendants deny that any action or inaction on the part of the Howard County Defendants constitutes a violation of Plaintiffs' rights under the Fourth and Fourteenth Amendments and Second Amendments, or under the laws of the State of Indiana. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

**II. Parties**

3-9. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraphs three (3), four (4), five (5), six (6), seven (7), eight (8), and nine (9) of Plaintiffs' Complaint, and therefore deny the same.

10. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraph (10) of Plaintiffs' Complaint, and therefore deny the same.

11. The Howard County Defendants deny the allegations in paragraph eleven (11) of Plaintiffs' Complaint

12. The Howard County Defendants generally admit the allegations in paragraph twelve (12) of Plaintiffs' Complaint.

13-16. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraphs thirteen (13), fourteen (14), fifteen (15) and sixteen (16) of Plaintiffs' Complaint, and therefore deny the same.

**III. Unconstitutional Policies of the Municipalities**

17. As to the material allegations contained in paragraph seventeen (17), including subparagraphs a, b, c, d, e, and f, The Howard County Defendants deny that that the Howard County Sheriff's Department or Howard County Indiana, or any of its policy-makers, allowed any customs, policies or practices to exist that violated Plaintiffs' constitutional rights. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

**IV. Operative Facts**

18-28. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraphs eighteen (18), nineteen (19), twenty (20), twenty-one (21), twenty-two (22), twenty-three (23), twenty-four (24), twenty-five (25), twenty-six (26), twenty-seven (27), and twenty-eight (28) of Plaintiffs' Complaint, and therefore deny the same.

29, 30. In response to paragraphs twenty-nine (29) and thirty (30) of Plaintiffs' Complaint, the Howard County Defendants deny that any action or inaction on the part of the Howard County Defendants constitutes a violation of Plaintiffs' civil rights. The Howard County Defendants have general knowledge of

the alleged events on May 8, 2015 only in regards to calls made to the Howard County Dispatch Center. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraphs twenty-nine (29) and thirty (30) of Plaintiffs' Complaint, and therefore deny the same.

31-38. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraphs thirty-one (31), thirty-two (32), thirty-three (33), thirty-four (34), thirty-five (35), thirty-six (36), thirty-seven (37), and thirty-eight (38) of Plaintiffs' Complaint, and therefore deny the same.

39, 40. The Howard County Defendants deny the material allegations contained in paragraphs thirty-nine (39) and forty (40) of Plaintiffs' Complaint as they pertain to the Howard County Defendants. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

41. As to the material allegations contained in paragraph forty-one (41) of Plaintiffs' Complaint, the Howard County Defendants generally admit that the Howard County Sheriff's Department has certain duties under federal and state law in regards to Zimmerman. The Howard County Defendants deny the material allegations contained in paragraph forty-one (41) to the extent that they are inconsistent with federal and state law. The Howard County Defendants are

without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

42, 43. The Howard County Defendants deny the material allegations contained in paragraphs forty-two (42) and forty-three (43), including subparagraphs a, b, c, d, e, f, g, and h, of Plaintiffs' Complaint as they pertain to Defendant, Ezekiel Zimmerman. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

44. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraph forty-four (44) of Plaintiffs' Complaint, and therefore deny the same.

## V. Counts

### Count I: Unreasonable Seizures

45. The Howard County Defendants deny that any action or inaction on the part of the Howard County Defendants constitutes a violation of Plaintiffs' civil rights. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraph forty-five (45) of Plaintiffs' Complaint, and therefore deny the same.

### Count II: Unreasonable Searches

46. The Howard County Defendants deny that any action or inaction on the part of the Howard County Defendants constitutes a violation of Plaintiffs' civil rights. The Howard County Defendants are without knowledge or information

sufficient to form a belief as to the truth of the material allegations contained in paragraph forty-six (46) of Plaintiffs' Complaint, and therefore deny the same.

**Count III: Unreasonable Uses of Force**

47. The Howard County Defendants deny that any action or inaction on the part of the Howard County Defendants constitutes a violation of Plaintiffs' civil rights. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraph forty-seven (47) of Plaintiffs' Complaint, and therefore deny the same.

**Count IV: 1983 Conspiracy**

48. The Howard County Defendants deny that any action or inaction on the part of the Howard County Defendants constitutes a violation of Plaintiffs' civil rights. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraph forty-eight (48) of Plaintiffs' Complaint, and therefore deny the same.

**Count V: Government Unit Liability**

49. The Howard County Defendants deny that the Howard County Sheriff's Department or Howard County Indiana, or any of their policy-makers, allowed any customs, policies or practices to exist that violated Plaintiffs' constitutional rights. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained in paragraph forty-nine (49), and therefore deny the same.

**Count VI: Assault and Battery**

50. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraph fifty (50) of Plaintiffs' Complaint, and therefore deny the same.

**Count VII: Intentional Infliction of Emotional Distress**

51. The Howard County Defendants deny the material allegations contained in paragraph fifty-one (51) of Plaintiffs' Complaint as they pertain to the Howard County Defendants. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

**Count VIII: Illegal Conspiracy**

52. The Howard County Defendants deny the material allegations contained in paragraph fifty-two (52) of Plaintiffs' Complaint as they pertain to the Howard County Defendants. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

**Count IX: Respondeat Superior Negligent Hiring Training Supervision**

53. The Howard County Defendants deny the material allegations contained in paragraph fifty-three (53) of Plaintiffs' Complaint as they pertain to the Howard County Defendants. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

**Count X: Unlawful Detainment Confinement or Detention**

54. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in paragraph fifty-four (54) of Plaintiffs' Complaint, and therefore deny the same.

**Count XI: Malicious Prosecution**

55. The Howard County Defendants deny the material allegations contained in paragraph fifty-five (55) of Plaintiffs' Complaint as they pertain to the Howard County Defendants. The Howard County Defendants are without knowledge or information sufficient to form a belief as to the truth of any remaining material allegations contained therein, and therefore deny the same.

**AFFIRMATIVE DEFENSES**

Defendants, Howard County Sheriff, Howard County Indiana, and Ezekiel Zimmerman, ("Howard County Defendants"), by counsel, for their Affirmative Defenses to Plaintiffs' Complaint, allege and say:

1. Plaintiffs have failed to state a claim for which relief can be granted as to the Howard County Defendants.

2. The Howard County Defendants specifically deny any and all alleged violations of Plaintiffs' constitutional rights.

3. The Howard County Defendants specifically deny any and all alleged violations of Plaintiffs' rights by intentional conduct.

4. The Howard County Defendants specifically deny any and all alleged violations of Plaintiffs' rights by negligent conduct.

5. The Howard County Defendants are entitled to qualified immunity.

6. The Howard County Defendants are immune from liability pursuant to Ind. Code § 34-13-3-1, *et seq.*

7. Plaintiffs' alleged injuries and damages, if any, are barred or reduced by Plaintiffs' independent acts of negligence and/or intentional conduct.

8. Plaintiffs did not sustain any constitutional deprivation based upon any custom, policy or practice of the Howard County Defendants.

9. The Howard County Defendants acted in good faith and had reasonable grounds for believing that any acts taken did not violate applicable federal or state laws.

10. The Howard County Defendants acted in accordance with their authority pursuant to state and federal law.

11. Plaintiffs suffered no compensable harm as a result the Howard County Defendants' alleged conduct.

12. The Howard County Defendants' action or inaction did not proximately cause Plaintiffs' damages and injuries, if any exist.

13. The Howard County Defendants reserve any and all rights they have to raise additional affirmative defenses.

WHEREFORE, Defendants, Howard County Sheriff, Howard County Indiana, and Ezekiel Zimmerman, pray for judgment in their favor, that Plaintiffs take nothing by way of their Complaint, for costs of this action, and for all other just and proper relief in the premises.

## REQUEST FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, the Howard County Defendants respectfully demand a trial by jury.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/Daniel M. Witte*
Daniel M. Witte, 18957-49

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2017, a copy of this document was filed electronically, with a copy automatically served via the Court's CM/ECF system upon all counsel of record.

I further certify that a copy of the foregoing document has been duly served upon all persons listed below, by United States mail, first-class postage prepaid, on June 7, 2017:

Jordyn Roach
601 West Defenbaugh Street
Kokomo, IN 46902

By: */s/Daniel M. Witte*
Daniel M. Witte, 18957-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325
Indianapolis, IN 46240
PH (317) 818-5100
FX (317) 818-5124
dwitte@travelers.com

DMW:gb